UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CASE NO: 3-14-cv-410-H

LISA WEBB                                                                                                    PLAINTIFF

v.

CIGNA GROUP INSURANCE a/k/a
LIFE INSURANCE COMPANY OF NORTH AMERICA                          DEFENDANT

### DEFENDANT'S NOTICE OF REMOVAL

Defendant, Life Insurance Company of North America ("LINA"), by counsel, hereby files this Notice of Removal to the United States District Court for the Western District of Kentucky, Louisville Division, and states as follows:

1. On or about May 6, 2014, the Complaint in Case No. 14-CI-00290 was filed in Oldham Circuit Court by Plaintiff against Defendant. The Summons, along with the Complaint, was served on LINA by certified mail, and received on or about May 14, 2014. A complete copy of the Oldham Circuit Court record to date is attached hereto as Exhibit A and constitutes all process, pleadings and orders served upon Defendant to date in this action.

2. This Notice of Removal is filed within thirty (30) days after the undersigned counsel has accepted service on behalf of Defendant. Plaintiff is estopped from seeking remand of this matter.

3. This action is of a civil nature arising from Plaintiff's claim for an alleged breach of contract and involving a claim for benefits pursuant to an employee welfare benefit plan, specifically a long-term disability plan established by Plaintiff's employer and funded by a long-term disability insurance policy issued by LINA. Plaintiff specifically alleges that this matter is

governed by ERISA in paragraphs 3 and 17 and asserts potential state claims in her Wherefore clause.

4. LINA is a Pennsylvania corporation with its principal place of business in Philadelphia, Pennsylvania, outside the Commonwealth of Kentucky.

5. Plaintiff is a resident of Jefferson County, Kentucky [Cmplt ¶1].

6. This is an action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. §§ 1132 and 1144, inasmuch as the Complaint claims long-term disability benefits provided by an employee welfare benefit plan, established or maintained by Plaintiff's employer and regulated by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001, *et seq*. ERISA preempts Plaintiff's state law claims and causes of action and provides exclusive federal remedies for resolution of claims relating to plan benefits by plan participants and beneficiaries, 29 U.S.C. §§ 1132 and 1144. Therefore, Plaintiff's claims are removable to this Court pursuant to 29 U.S.C. § 1441 as an action founded upon a claim or right arising out of the laws of the United States. An action relating to benefits provided by an ERISA plan is properly removable, even if the defense of ERISA preemption does not appear on the face of the Complaint. *See Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 62-63, 107 S. Ct. 1542 (1987).

WHEREFORE, Defendant, Life Insurance Company of North America, hereby gives notice of this removal from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky at Louisville.

Respectfully submitted,

s/Walter M. Jones
Walter M. Jones
Mitzi D. Wyrick
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
(502) 589-5235
(502) 589-0309
wjones@wyattfirm.com
mitziwyrick@wyattfirm.com
***Counsel for Defendant, Life Insurance Company of North America***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this 4TH day of June, 2014 the foregoing Notice of Removal was filed with the clerk using the Court's CM/ECF System. The undersigned further certifies a copy of same was served via first-class mail on this 4TH day of June, 2014 upon:

Lisa M. Belew
1811 Parkridge Parkway
Louisville, Kentucky 40214
***Counsel for Plaintiff, Lisa Webb***

s/Walter M. Jones
***One of Counsel for Defendant***

61172383.2

3